rari denied. JUSTICE WHITE would grant certiorari.

No. 90–5753. MARTINEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–5941. MATTSON v. CALIFORNIA. Sup. Ct. Cal.; and

No. 90–6041. LOTT v. OHIO. Sup. Ct. Ohio. Certiorari denied. Reported below: No. 90–5941, 50 Cal. 3d 826, 789 P. 2d 983; No. 90–6041, 51 Ohio St. 3d 160, 555 N. E. 2d 293.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 89–7683. YOUNG v. FLORIDA ET AL., *ante*, p. 919;

No. 90–346. TOLEDO POLICE PATROLMAN'S ASSN., LOCAL 10, I. U. P. A., ET AL. v. CITY OF TOLEDO ET AL., *ante*, p. 920;

No. 90–365. IN RE JAFFER, *ante*, p. 937;

No. 90–399. WRENN v. UNITED STATES ET AL., *ante*, p. 921;

No. 90–458. CAMOSCIO v. THE PATRIOT LEDGER ET AL., *ante*, p. 942;

No. 90–5073. BETTISTEA v. MICHIGAN, *ante*, p. 942;

No. 90–5101. PORTER v. PENNSYLVANIA, *ante*, p. 925;

No. 90–5266. SISCO v. COUNTY OF LOS ANGELES ET AL., *ante*, p. 922;

No. 90–5454. DRAPER v. OHIO, *ante*, p. 916;

No. 90–5606. SCHLICHER v. DAVIES, SECRETARY, KANSAS DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 945;

No. 90–5632. McCOLPIN v. STEPHAN, *ante*, p. 946; and

No. 90–5816. IN RE KIRSCHENHUNTER, *ante*, p. 937. Petitions for rehearing denied.

No. 89–1964. MELIKIAN ET AL. v. CORRADETTI ET AL., *ante*, p. 821;

No. 89–7060. DOBRANSKI v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, 495 U. S. 938;

No. 89–7652. HOLLINGSWORTH v. SUPREME COURT OF NEVADA, *ante*, p. 834;

No. 90–5172. BUCHANAN *v.* MEDLOCK ET AL., *ante,* p. 864; and

No. 90–5384. EAST *v.* HOLMES, *ante,* p. 874. Petitions for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.

No. 89–7043. KUDLER *v.* JUDICIAL COUNCIL OF THE SECOND CIRCUIT, *ante,* p. 802. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this motion and this petition.

DECEMBER 26, 1990

No. 89–1940. ERICKSON ET AL. *v.* MAINE CENTRAL RAILROAD CO. ET AL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 807.] Writ of certiorari dismissed under this Court's Rule 46.

DECEMBER 28, 1990

No. A–498. GO-VIDEO, INC. *v.* MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. C. A. 9th Cir. Application for injunction pending appeal, addressed to JUSTICE KENNEDY and referred to the Court, denied.

JANUARY 4, 1991

No. 90–6157 (A–453). DAVIS *v.* COLORADO. Sup. Ct. Colo. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied. 

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.